UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JASON J. CANJAR D/B/A YEDINAK REGISTERED HOLSTEINS,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**BAYER CROPSCIENCE LP, BAYER CROPSCIENCE, INC., CORTEVA INC., CARGILL INCORPORATED, BASF CORPORATION, SYNGENTA CORPORATION, WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., FEDERATED CO-OPERATIVES LTD., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK, INC., GROWMARK FS, LLC, SIMPLOT AB RETAIL SUB, INC., AND TENKOZ INC.,**<br><br>*Defendants.* | Case No. 3:21-cv-00181-NJR |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF SYNGENTA CORPORATION**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Syngenta Corporation makes the following disclosure:

1. Syngenta Corporation is a wholly owned U.S. subsidiary of Syngenta Crop Protection AG.  Syngenta Crop Protection AG is a wholly owned non-U.S. subsidiary of Syngenta AG, a non-U.S. entity.  No publicly held corporation or other entity owns ten percent or more of Syngenta Corporation.

2. There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

Dated:  March 11, 2021

        /s/ MICHAEL J. NESTER
MICHAEL J. NESTER #02037211
Donovan Rose Nester, P.C.
15 North First Street, Suite A
Belleville, IL 62220 Tel: 618-212-6500
Fax: 618-212-6501
mnester@drnpc.com
ATTORNEY FOR DEFENDANT SYNGENTA
CORPORATION

## CERTIFICATE OF SERVICE

I, Michael J. Nester, an attorney, hereby certify that I filed the Rule 7.1 Corporate Disclosure Statement of Syngenta Corporation using the CM/ECF system on this 11th day of March, 2021. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

      /s/   MICHAEL J. NESTER
MICHAEL J. NESTER